ACCEPTED
03-15-00766-CV
8395905
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/29/2015 3:03:44 PM
JEFFREY D. KYLE
CLERK

NO.  03-15-00766-CV

IN THE COURT OF APPEALS

FOR THE

THIRD SUPREME JUDICIAL DISTRICT

AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/29/2015 3:03:44 PM
JEFFREY D. KYLE
Clerk

---

DENNIS ANTOLIK and VICTOR ANTOLIK,

Appellants

v

VICTORY CHEVAL HOLDINGS, LLC
AND CASTLE CROWN MANAGEMENT, LLC,

Appellees

---

## APPELLANTS' MOTION TO DISMISS APPEAL

---

TO THE HONORABLE COURT OF APPEALS:

Appellants move to dismiss this appeal as follows:

Appellants no longer desire to pursue this appeal and, accordingly, respectfully request that the Court enter its order dismissing same. Appellees have no objection to this motion.

WHEREFORE, Appellant respectfully prays that this appeal be dismissed with all parties to bear their own costs.

Respectfully submitted,

TAUBE SUMMERS HARRISON
TAYLOR MEINZER BROWN LLP
100 Congress Avenue, Suite 1800

Austin, Texas 78701
Telephone: (512) 472-5997
Facsimile: (512) 472-5248

By: _____
Mark C. Taylor
Texas Bar No. 19713225
(mtaylor@taubesummers.com)
Cleveland R. Burke
Texas Bar No. 24064975
cburke@taubesummers.com
ATTORNEYS FOR APPELLANT,
DENNIS ANTOLIK

_____
JACK BACON
State Bar No. 01494400
3839 Bee Caves Rd., Ste. 100
Austin, Texas 78746
Tele: 512/914-8619
Fax: 512/480-8170
email: HOTBACON@MAC.COM
ATTORNEY FOR APPELLEE,
VICTOR ANTOLIK

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the foregoing Motion to Dismiss Appeal has been forwarded on this 29 day of December, 2015, to Appellees' attorneys, as follows:

Kemp W. Gorthey    Via Email: kemp@gortheylaw.com
THE GORTHEY LAW FIRM
604 West 12th Street
Austin, Texas 78701
ATTORNEY FOR APPELLEE,
CASTLE CROWN PROPERTIES MANAGEMENT, LLC

2

Peyton N. Smith      Via Email: psmith@reedscardino.com
REED & SCARDINO LLP
301 Congress Avenue, Suite 1250
Austin, Texas 78701
ATTORNEYS FOR APPELLEE,
VICTORY CHEVAL HOLDINGS, LLC

3